UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>AREN LEE PERRYMAN (1),<br>KAYLA LYNN TOFSRUD (2),<br>CONSTANCE MAY BRYANT (3),<br>SHAWNEE MARIE HARMSEN (5),<br>BRENDA LEE MORGAN AKA<br>BRENDA PERRYMAN (7), and<br>DAVID KING STROUSE, III (9).<br><br>　　　　　　　　Defendants. | NO:  2:15-CR-0091-TOR-1<br>　　　　2:15-CR-0091-TOR-2<br>　　　　2:15-CR-0091-TOR-3<br>　　　　2:15-CR-0091-TOR-5<br>　　　　2:15-CR-0091-TOR-7<br>　　　　2:15-CR-0091-TOR-9<br><br>PROTECTIVE ORDER |

　　　Before the Court is the United States' Motion for Protective Order (ECF No. 131).  The motion was submitted for consideration without oral argument on an expedited basis.  The Court has reviewed the motion and the file herein, and is fully informed.  The United States seeks to protect the integrity of the discovery process and the safety of the cooperating individuals in this matter and requests the Court enter a protective order. For good cause shown, the motion is granted.

PROTECTIVE ORDER ~ 1

Accordingly, it is HEREBY ORDERED:

1. The United States will provide discovery materials on an on-going basis to defense counsel;

2. Defense counsel may possess but not copy (excluding the production of necessary working copies) the discovery materials, including sealed documents;

3. Defense counsel may show to, and discuss with the Defendant the discovery material, including sealed documents;

4. Defense counsel shall not provide original or copies of discovery materials directly to the Defendant;

5. Defense counsel shall not otherwise provide original or copies of the discovery material to any other person, including subsequently appointed or retained defense counsel, and shall not leave any discovery materials unsupervised with any person to include the client;

6. The United States and defense counsel may reference the existence and content of sealed discovery material in open and closed court proceedings relevant to 2:15-CR-0091-TOR-1-9; and

7. The parties reserve the right to seek relief from the Protective Order should the need arise.

//

//

PROTECTIVE ORDER ~ 2

1   The District Court Executive is hereby directed to enter this Order and

2   furnish copies to counsel.

3   **DATED** September 22, 2015.



THOMAS O. RICE
United States District Judge