Mark E. Vovos, #4474
1309 West Dean Avenue, Suite 100
Spokane, WA  99201
(509) 326-5220

Robert M. Seines, #16046
P.O. Box 313
Liberty Lake, WA 99206
(509) 844-3723

*Attorneys for Aren Lee Perryman*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO.  CR-15-00091-TOR-1 |
| vs. | Notice Pursuant to Rule of Criminal Procedure 12.2(b) Pertaining to Expert Evidence of a Mental Condition |
| AREN LEE PERRYMAN, | |
| Defendant. | |

PLEASE TAKE NOTICE that Aren Perryman, by and through his counsel and pursuant to Rule of Criminal Procedure 12.2(b), intends to introduce expert evidence relating to a mental disease or defect or any other mental condition of the

NOTICE PURSUANT TO RULE OF
CRIMINAL PROCEDURE 12.2(b)  -  1.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

defendant bearing either (1) on the issue of guilt or (2) the issue of punishment in a capital case.

This notice is based upon the records and files herein, and pursuant to Federal Rule of Criminal Procedure 12.2(b), and the intent of Federal Rule of Criminal Procedure 12.2 which is designed to require a defendant to give notice prior to trial of his intention to introduce expert testimony of mental disease or defect on the theory that such mental condition is inconsistent with the mental state required for the offense charged.

RESPECTFULLY SUBMITTED this 18th day of August, 2016.

*s/ Mark E. Vovos, #4474*
Attorney for Aren Lee Perryman
1309 West Dean, Suite 100
Spokane, WA 99201
Phone:       (509) 326-5220
Fax:         (509) 326-5226
E-mail:      mvovos@concentric.net

NOTICE PURSUANT TO RULE OF
CRIMINAL PROCEDURE 12.2(b) - 2.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Caitlin Baunsgard and Stephanie VanMarter, Assistant United States Attorneys.

*s/ Mark E. Vovos*, *#4474*
Attorney for Aren Lee Perryman
1309 West Dean, Suite 100
Spokane, WA 99201
Phone:      (509) 326-5220
Fax:          (509) 326-5226
E-mail:      mvovos@concentric.net

NOTICE PURSUANT TO RULE OF
CRIMINAL PROCEDURE 12.2(b)  -  3.

MARK E. VOVOS, P.S.
Attorneys At Law
West 1309 Dean Ave. #100
Spokane, WA 99201
(509) 326-5220